ACCEPTED
05-14-01044-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/10/2015 2:15:33 PM
LISA MATZ
CLERK



J. Robert Arnett II
214.550.8209 (direct line)
barnett@carterscholer.com

Carter Scholer Arnett
FILED IN
5th COURT OF APPEALS
Hamada & Mockler, PLLC
DALLAS, TEXAS
Campbell Centre II
9/10/2015 2:15:33 PM
6400 N. Central Expressway
Suite 500
LISA MATZ
Dallas, Texas 75206
Clerk
Tel. 214.550.8188
Fax 214.550.8185

www.carterscholer.com

September 10, 2015

**Via Electronic Filing**

Lisa Matz, Clerk of the Court
Court of Appeals
Fifth District of Texas at Dallas
600 Commerce Street, Suite 200
Dallas, Texas 75202

  Re: Case No. 05-14-01044-CV, *Stumph, et al. v. Dallas Lemmon West, Inc., et al.*

Dear Ms. Matz:

  This firm represents Defendant/Appellee CC-Turtle Creek, Inc. I have conferred with Jeremy Cook, counsel for Defendant/Appellee Dallas Lemmon West, Inc., regarding the oral argument on September 16, 2015, specifically the division of time between Appellees. We have agreed to allot 10 minutes to CC-Turtle Creek, Inc., and Joshua J. Bennett from this firm will present that argument, followed by 10 minutes allotted to Dallas Lemmon West, Inc., and I understand Mr. Cook will present that argument.

  Thank you for your attention to this matter, and please contact me if you have any questions regarding the contents of this letter.

     Very truly yours,

     J. Robert Arnett II

cc: Jeremy Cook
  Matthew Kita
  Scott Palmer
  Robert Chaiken